Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
_Middle_ District of _Florida_
_Jacksonville_ Division

Kent Allen Jr.

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Daniel Ek
Quavious Marshall
Kiari Cephus

Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 3:21-cv-538-TJC-PDB
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☑ No

## COMPLAINT FOR A CIVIL CASE

I.  The Parties to This Complaint

   A.  The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Kent Allen Jr.
   Street Address: 8201 SW 3rd CT
   City and County: North Lauderdale
   State and Zip Code: Fl 33068
   Telephone Number: 404.721.9050
   E-mail Address: nerdsfinancial@gmail.com

   B.  The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Daniel Ek
- Job or Title (if known): CEO of Spotify
- Street Address: 4 World Trade Center, 150 Greenwich St 62nd Fl
- City and County: New York
- State and Zip Code: New York 10007
- Telephone Number: can't locate
- E-mail Address (if known):

Defendant No. 2
- Name: Quavious Marshall
- Job or Title (if known): recording artist Universal Music Group
- Street Address: 2220 Colorado Ave
- City and County: Santa Monica
- State and Zip Code: California 90404
- Telephone Number: can't locate
- E-mail Address (if known):

Defendant No. 3
- Name: Kiari Cephus
- Job or Title (if known): recording artist Universal Music Group
- Street Address: 2220 Colorado Ave
- City and County: Santa Monica
- State and Zip Code: California 90404
- Telephone Number: can't locate
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Kent Allen Jr. , is a citizen of the State of *(name)* Florida .

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* Quavious Marshall , is a citizen of the State of *(name)* Georgia . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* Kiari Cephus, is a citizen of the State of *(name)* Georgia. Or is a citizen of *(foreign nation)* —.

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, (name) Daniel Elk (Spotify), is incorporated under the laws of the State of (name) New York, and has its principal place of business in the State of (name) New York.

Or is incorporated under the laws of (foreign nation) —,

and has its principal place of business in (name) New York.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

With the idea of Spotify that I expressed to Quavious Marshall and Kiari Cephus in the year 2001 I'm looking for the relief of $96 million dollars for the idea I expressed

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please see Attachment →

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

With the idea of Spotify that I expressed to Quavious Marshall and Kiari Cephus in the year 2001 I'm looking for the relief of $96 million dollars for the idea I expressed

Spotify

In the 8th grade, I moved to Florida and lived in a small city called North Lauderdale. Moving from Georgia to Florida was an adjustment as there's a big population difference. The adjustment wasn't too hard as I occasionally visited Florida beforehand. By 9th grade, while attending Coconut Creek High School I was able to become friends with many students at the school. Doing the summer of 9th grade in the year 2001 is when I met Kiari Cephus (Offset) whom lived down the street from me. Additionally, my birth brother Quavious Marshall (Quavo) was friends with him so occasionally I'd visit him to get out of the house. Usually, while at his house we would watch cartoons and other television shows. Additionally, at times I would read over lyrics to help with writing skills.

Doing this time, I knew MP3 would be a big market and would be the way of the future to listen to music and that's what we would occasionally spoke about. At the time, I was kind of a messy teenager with how I eat and especially when I drink something. As a basketball player wasting something to drink on yourself wasn't too big of a deal. Unfortunately, at times when I wore my regular clothes I'd end up with a SPOT on my clothes.

On my way home I ended up wasting some juice on my clothes and was kind of upset. Reason being it was my regular clothes. This is when it hit me of the perfect name to put with a MP3 player. With the name in mind is when I called Kiari (Offset) and told him the name which was SPOTIFY. The spot part come from the ignoring spot on my clothes and also the fact I wanted my clothes to be SPOT FREE after playing with the (2) words is how I come up with SPOTIFY collectively. Kiari was happy and after that spoke with my birth brother Quavious and he was pleased as well. Afterwards, I told Kiari (Offset) to make sure it's used for MP3 because it's a going to be big market in the future.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5-21-21

Signature of Plaintiff
Printed Name of Plaintiff   Kent Allen Jr.

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address